IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
AUG 2 8 2018
Clerk, U S District Court
District Of Montana
Billings

STAR INSURANCE COMPANY,

    Plaintiff,

vs.

IRON HORSE TOOLS, LLC., and
GENERAL ELECTRIC COMPANY,
d/b/a GE LIGHTING,

    Defendants.

CV 16-48-BLG-SPW

ORDER

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that the Final Pretrial Conference set for January 9, 2019 at 1:30 p.m. and the Jury Trial set for January 28, 2019 at 9:00 a.m. are **VACATED.**

DATED this 28th day of August, 2018.

SUSAN P. WATTERS
United States District Judge