IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
SEP 28 2018
Clerk, U S District Court
District Of Montana
Billings

| STAR INSURANCE COMPANY, | CV 16-48-BLG-SPW-TJC |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DISMISSAL WITH PREJUDICE |
| IRON HORSE TOOLS, LLC; and GENERAL ELECTRIC COMPANY, d/b/a GE LIGHTING, | |
| Defendants. | |

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion to Dismiss (Doc. 67), and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Complaint filed herein is DISMISSED WITH PREJUDICE, each party to bear their own attorney's fees and costs.

DATED this 28th day of September, 2018.

SUSAN P. WATTERS
United Stated District Judge

1